UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE ANTONIO PALACIOS ALVARENGA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FROGGY TIMES, INC. )<br>doing business as Froggy Bottom Pub, et al., )<br>)<br>Defendants. )<br>） | Civil Action No. 11-0455 (ABJ)<br><br>**FILED**<br>JUL 1 4 2011<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

## ORDER

This matter came before the Court for review of the Confidential Settlement Agreement entered into by the Parties and submitted to the court for consideration and approval. For the reasons set forth below, it is **ORDERED** that the Settlement Agreement entered by the Parties is **APPROVED**.

In so holding, the Court notes that the Parties submitted for the Court's *in camera review* the Confidential Settlement Agreement signed by all of the parties in this matter. Thus the Court, having had the opportunity to consider and evaluate the fairness and propriety of the Parties' Confidential Settlement Agreement, has satisfied itself that the settlement is fair and just and that the interests of Plaintiff has been served and protected. The Court is also satisfied that

counsel for the Plaintiff has duly represented Plaintiff and has secured for his client a fair and reasonable settlement.

/s/ Amy B. Jackson
AMY BERMAN JACKSON
United States District Judge

DATE: July 13, 2011