**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JOSE ANTONIO PALACIOS ALVARENGA | * | |
| | * | |
| PLAINTIFF, | * | |
| v. | * | **Case: 1:11-cv-00455** |
| | * | |
| | * | |
| FROGGY TIMES, INC D/B/A FROGGY | * | |
| BOTTOM PUB., *et al.* | * | |
| | * | |
| DEFENDANTS. | * | |

**********************************************************************

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(2) and the Settlement Agreement approved by this Court [Docket 11], the parties stipulate that this action be dismissed with prejudice.

Respectfully submitted,

Dated: May 10, 2012

By: __/s/_Jeffrey S. Gutman______________
Jeffrey S. Gutman, D.C. Bar No. 416954
The Jacob Burns Community Legal Clinics
2000 G Street NW
Washington, DC 20052
Tel: (202) 994-7463
Fax: (202) 994-4693

***Counsel for Plaintiff***

By: _/s/_Jennifer A. Harper____________________
Jennifer A. Harper (DC Bar No. 502828)
JACKSON LEWIS, LLP
10701 Parkridge Boulevard
Suite 300
Reston, VA 20191
Tel: (703) 483-8300
Fax: (703) 483-8301
harperj@jacksonlewis.com

***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, a copy of the foregoing, *Stipulation of Dismissal,* was filed electronically with the Clerk of the Court using the CM/ECF system on this 10th day of May, 2012.

By: __/s/_Jeffrey S. Gutman_____ _
Jeffrey S. Gutman, D.C. Bar No. 416954
The Jacob Burns Community Legal Clinics
2000 G Street NW
Washington, DC 20052
Tel: (202) 994-7463
Fax: (202) 994-4693

*Counsel for Plaintiff*